# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
|      Plaintiff,      ) | |
|                                ) | |
|      v.      ) | CRIMINAL NO.: 15-CR-00191 |
|                                ) | |
| JESUS ENRIQUE JAIMES ROJAS,      ) | |
| also known as " Oscar El Ojon,"      ) | |
| and "El Oso"      ) | |
|                                ) | |
|      Defendant.      ) | |

## **NOTICE OF APPEARANCE**

The United States of America, by and through, Arthur G. Wyatt, Chief, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Kirtland Marsh, Trial Attorney for the Narcotic and Dangerous Drug Section, enters his appearance as counsel for the United States.

Respectfully submitted this 19th day of September, 2019.

                                                              Arthur G. Wyatt, Chief
                                                              Narcotic and Dangerous Drug Section

                                   By:       /s/_____
                                              Kirtland Marsh
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              United States Department of Justice
                                              145 N Street, NE
                                              Washington, DC 20530
                                              (202) 616-2501
                                              Kirtland.Marsh@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance was sent via ECF to counsel of record for the defendants this 19th day of September, 2019.

                                                                 /s/
                                                         Kirtland Marsh
                                                         Trial Attorney